IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:03CR238 |
| vs. | ) | |
| | ) | ORDER |
| VERNON L. HUMPHREY, | ) | |
| | ) | |
| Defendant. | ) | |

    Defendant Vernon L. Humphrey (Humphrey) appeared before the court on September 5, 2007, on the Petition for Warrant or Summons for Offender Under Supervision (Report) (Filing No. 45) as amended (Filing No. 49). Humphrey was represented by Assistant Federal Public Defender David M. O'Neill and the United States was represented by Assistant U.S. Attorney Frederick D. Franklin. Through his counsel, Humphrey waived his right to a probable cause hearing on the Report pursuant to Fed. R. Crim. P. 32.1(a)(1). I find that the Report, as amended, alleges probable cause and that Humphrey should be held to answer for a final dispositional hearing before Chief Judge Joseph F. Bataillon.

    The government moved for detention. At the time of the hearing, Humphrey was in the custody of Nebraska state correctional authorities serving a sentence of imprisonment. The motion for detention was held in abeyance pending Humphrey coming into federal custody. Humphrey waived his rights under the Interstate Agreement on Detainers and agreed to be returned to the Nebraska state correctional authorities pending his dispositional hearing in these proceedings.

    **IT IS ORDERED**:

    A final dispositional hearing will be held before Chief Judge Joseph F. Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 1:00 p.m. on September 28, 2007.** Defendant must be present in person.

    DATED this 5th day of September, 2007.

                                                                  BY THE COURT:

                                                                  s/Thomas D. Thalken
                                                             United States Magistrate Judge